In the Matter of Opening DITMARS AVENUE and FORTY-THIRD STREET in the Borough of Queens, City of New York.

THE COMPTROLLER OF THE CITY OF NEW YORK et al., Appellants; NAVAHOE REALTY COMPANY, Respondent.

*Street opening — when assessments on land not taken may not be offset against awards in street opening proceedings.*

*Matter of Ditmars Avenue*, 190 App. Div. 955, affirmed.

(Submitted June 1, 1920; decided July 7, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1920, which reversed an order of Special Term denying a motion by the respondent herein for payment to it of certain awards in street opening proceedings without deduction of the amount of assessments on property not taken. The respondent, Navahoe Realty Company, was formerly owner of a large tract of land, part of which was taken for the opening of Ditmars avenue and of Forty-third street in this proceeding. Pending the proceeding and before any awards were made, the Navahoe Company sold the residue to the Flushing Bay Building Corporation. Thereafter awards were made to the Navahoe Company for the land taken, which were confirmed by an order which also confirmed assessments imposed upon the land which had been conveyed to the Flushing Bay Company. The comptroller claimed the right to set off the assessments against the awards. The Appellate Division held that " common ownership " at the time of confirmation of the award " is the tie that links together assessment and award."

*John P. O'Brien*, Corporation Counsel (*Joel J. Squier, Joseph G. Mathews* and *John G. McCarthy* of counsel), for appellants.

*Benjamin Trapnell* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.